

# Fourth Court of Appeals
## San Antonio, Texas

October 4, 2022

No. 04-22-00564-CV

**ALLSTATE FIRE AND CASUALTY INSURANCE COMPANY**,
Appellant

v.

Curtis **BROWN**,
Appellee

From the 37th Judicial District Court, Bexar County, Texas
Trial Court No. 2018-CI-04336
Honorable Nicole Garza, Judge Presiding

# O R D E R

The clerk's record was originally due September 30, 2022, but was not filed. On October 3, 2022, the district clerk filed a notification of late record, stating that the clerk's record was not filed because appellant had failed to pay or make arrangements to pay the clerk's fee for preparing the record and that appellant was not entitled to appeal without paying the fee.

We therefore **ORDER** appellant to provide written proof to this court that either (1) the clerk's fee has been paid or arrangements have been made to pay the clerk's fee; or (2) appellant is entitled to appeal without paying the clerk's fee **by October 14, 2022**. If appellant fails to respond within the time provided, this appeal will be dismissed for want of prosecution. *See* TEX. R. APP. P. 37.3(b).

_____
Beth Watkins, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 4th day of October, 2022.

_____
MICHAEL A. CRUZ, Clerk of Court